

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2014

No. 04-13-00886-CR

Jimmy **TURNER**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6595B
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

The reporter's record was originally due March 17, 2014; however, the court granted the reporter, Debra Doolittle, an extension of time until April 16, 2014, to file the record. The record was not filed. However, on April 29, Doolittle filed a request for an additional forty-six days to complete the record, stating the delay is necessitated by her busy work schedule.

We **grant the request in part**. We **order** Debra Doolittle to file the record by **May 16, 2014** (sixty days after the original due date).   Doolittle is advised that the court will not grant a further extension of time unless she (1) establishes there are extraordinary circumstances beyond those attendant a busy work schedule that prevent her from timely filing the record and (2) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2014.

_____
Keith E. Hottle
Clerk of Court